United States District Court
Southern District of Texas
**ENTERED**
November 03, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| VICTOR A. GRANA, | § | |
| Petitioner, | § | |
| versus | § | CIVIL ACTION H-17-2509 |
| LORIE DAVIS, | § | |
| Respondent. | § | |

## Order of Adoption

On September 13, 2017, Magistrate Judge Stephen Wm. Smith issued a Memorandum and Recommendation (7). Petitioner filed objections (8). After considering the record and the law, the court adopts the Memorandum and Recommendation as its Memorandum and Order. Grana's petition for writ of habeas corpus is dismissed without prejudice due to petitioner's failure to exhaust state remedies.

Signed November 3, 2017, at Houston, Texas.

Lynn N. Hughes
United States District Judge